UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:22-cr-00358 and |
| | ) | 3:24-cr-199 |
| KEIMICHAEL LEMONT CLACK, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant's Motion to Continue the Plea Hearing (Doc. No. 31) is **GRANTED**. The plea hearing set for January 3, 2025, is RESCHEDULED to **February 7, 2025.** at 10:30 a.m.

The parties shall submit the proposed plea agreement, a document that lists the elements of each offense to which the defendant is pleading guilty and the statutory penalty for each, including period of incarceration, fine, and period of supervised release applicable, and the plea petition by noon on **January 31, 2025.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE