# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | |
|---|---|
| United States of America<br>v.<br>KEIMICHAEL CLACK<br>C/O DAVIDSON COUNTY SHERIFF'S DEPT<br>506 2ND AVE N<br>NASHVILLE TN 37201<br><br>*Defendant* | )<br>)  MTN 3:24-CR-00199<br>)  Case No. 5:20CR-20-02-TBR<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* KEIMICHAEL CLACK,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:371 - CONSPIRACY

18:922 & 18:2 - STEALING FIREARMS FROM A LICENSED DEALER; AIDING & ABETTING

Date: 07/17/2020

*Issuing officer's signature*

City and state: PADUCAH, KY

Vanessa L. Armstrong, clerk by: s/ K. Atkins, DC
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/9/2024, and the person was arrested on *(date)* 12/9/2024
at *(city and state)* Nashville, TN.

Date: 12/9/2024

*Arresting officer's signature*

DUSM Corbell Frazier
*Printed name and title*

FILED
JAMES J. VILT, JR. - CLERK

NOV 07 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the **WESTERN** DISTRICT OF **KENTUCKY**

UNITED STATES OF AMERICA

V.

KEIMICHAEL CLACK

CRIMINAL NUMBER:

5:20-CR-20

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, **KEIMICHAEL CLACK**, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead **GUILTY** to the offense charged, to consent to the disposition of the case in the **MIDDLE** District of **TENNESSEE** in which I, **KEIMICHAEL CLACK**, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: **OCTOBER 17** 20**24** at **NASHVILLE, TN**

Keimichael Clack X
*(Defendant)*

*(Witness)*
Rayburn McGowan

*(Counsel for Defendant)*
Philip H. Wehby

*(Assistant United States Attorney)*

Approved

United States Attorney for the
**MIDDLE** District of
**TENNESSEE**

Criminal Chief, delegated

United States Attorney for the
**WESTERN** District of
**KENTUCKY**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

FILED
VANESSA L. ARMSTRONG, CLERK
JUL 16 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

ZAVION HAYES
KEIMICHAEL CLACK

INDICTMENT

NO. 5:20CR20-TBR
18 U.S.C. § 371
18 U.S.C. § 922(u)
18 U.S.C. § 2

The Grand Jury charges:

## COUNT 1
*(Conspiracy)*

On or about December 5, 2018, in the Western District of Kentucky, Christian County, Kentucky, and elsewhere, **ZAVION HAYES** and **KEIMICHAEL CLACK**, defendants, did willfully, unlawfully and knowingly combine, conspire, confederate, and agree, with one another and with others known to the Grand Jury, to commit an offense against the United States, that is, to steal, take, and unlawfully carry away from the premises of a licensed firearms dealer firearms in business inventory that had been shipped and transported in interstate commerce.

In furtherance of the conspiracy and to effect the object thereof, the following overt acts, among others, were committed in the Western District of Kentucky, and elsewhere:

1. On or about December 5, 2018, **ZAVION HAYES, KEIMICHAEL CLACK** and other co-conspirators traveled from Tennessee to ATS Tactical, located in Oak Grove, Kentucky, for the purpose of stealing firearms.

2. On or about December 5, 2018, **ZAVION HAYES, KEIMICHAEL CLACK** and other co-conspirators unlawfully entered ATS Tactical Gear by breaking a glass window at approximately 2:12 AM CST, and stole twelve firearms from ATS Tactical Gear's inventory.

In violation of Title 18, United States Code, Section 371.

The Grand Jury further charges:

## COUNT 2
*(Stealing Firearms from a Licensed Dealer)*

On or about December 5, 2018, in the Western District of Kentucky, Christian County, Kentucky, and elsewhere, **ZAVION HAYES** and **KEIMICHAEL CLACK**, defendants, aided and abetted by others known to the Grand Jury, did knowingly steal, unlawfully take, and carry away from the premises of a person who is licensed to engage in the business of dealing in firearms approximately twelve firearms in that licensee's business inventory, and which had been shipped or transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(u) and 2.

A TRUE BILL.

_____
FOREPERSON

*[signature]*
RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

RMC:MTS

-2-

UNITED STATES OF AMERICA v. ZAVION HAYES and KEIMICHAEL CLACK

## PENALTIES

Count 1-2: NM 5 yrs./$250,000/both/NM 3yrs. Supervised Release

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. INTEREST and PENALTIES as applicable by law according to last date of offense.

    <u>For offenses occurring after December 12, 1987:</u>

    No INTEREST will accrue on fines under $2,500.00.

    INTEREST will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    PENALTIES of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a LIEN shall have the same force and effect as a tax lien.

3. Continuous GARNISHMENT may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you WILLFULLY refuse to pay your fine, you shall be subject to an ADDITIONAL FINE of not more than the greater of $10,000 or twice the unpaid balance of the fine; or IMPRISONMENT for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

JFORM DBD-34
JUN.85

No: 5:20CR20-TBR

# UNITED STATES DISTRICT COURT
Western District of Kentucky
At Paducah

THE UNITED STATES OF AMERICA

vs.

## ZAVION HAYES and
## KEIMICHAEL CLACK

### INDICTMENT

**Count 1 –** *Conspiracy*
18 U.S.C. § 371

**Count 2 –** *Stealing Firearms from
a Licensed Dealer and Aiding and Abetting*
18 U.S.C. §§ 922(u) and 2

**Forfeiture**

*A true bill.*

_____
*Foreperson*

*Filed in open court this 16th day of July, 2020.*

FILED
VANESSA L. ARMSTRONG, CLERK

_____
*Clerk*

JUL 16 2020

*Bail, $*

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY