# MAGISTRATE JUDGE FRENSLEY COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS

U.S.A. v. **Keimichael Clark**, No. **3:24-cr-199**

**ATTORNEY FOR GOVERNMENT:** Ahmed Safeeullah

**ATTORNEY FOR DEFENDANT:** Rayburn McGowan, Jr.   AFPD  (Panel)  Retained

**PRETRIAL SERVICES/PROBATION OFFICER:** Tiana Kock

**INTERPRETER NEEDED?** YES (NO)   **LANGUAGE/INTERPRETER:** ___
☐ PRESENT   ☐ ON TELEPHONE

☐ Defendant consents to IA and ☐ All future hearings before the Magistrate Judge by video conference.

☑ **INITIAL APPEARANCE**   ☐ ON A SUMMONS   ☑ ARRESTED ON: 12.9.24

DEFENDANT HAS A COPY OF:
☐ Complaint ☑ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other ___
☑ Defendant advised of the charges and the maximum penalties   ☐ Defendant has a copy of notice of rights
☑ Defendant advised of right to counsel   ☐ Counsel retained
☐ Defendant sworn and/or certified under penalty of perjury and financial affidavit filed   ☑ FPD Appointed
☑ Defendant advised of right to silence   ☐ Defendant advised of right to **Consular notification**
☑ GOVERNMENT and DEFENDANT advised of Due Process Protections Act of 2020
☐ Defendant advised of right to preliminary hearing   ☐ Defendant waived preliminary hearing
☐ Defendant waived rights under IAD   ☑ Defendant to be returned to State custody
☑ Government motion for detention   ☐ Defendant temporarily detained
☐ Defendant waived detention hearing   ☐ ICE detainer on defendant
☐ Defendant reserved right to hearing in future
☑ Defendant to remain in Federal custody  *Already detained on other case in MDTN.*
☐ Defendant remain on current conditions of supervised release
☐ Defendant ordered to psychological/psychiatric evaluation
☐ Defendant released on:
  ☐ Own recognizance with conditions of release   ☐ standard   ☐ special
  ☐ Appearance bond in the amount of: ___
  ☐ Property bond [description of property]: ___
☐ **RULE 5** - Defendant advised of right to identity hearing   ☐ Defendant waived identity hearing
☐ **RULE 5** - Defendant reserved right to have preliminary hearing in District of Prosecution
☐ **RULE 5** - Defendant elected to have detention hearing in District of Prosecution
☐ **RULE 5** - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER
☐ PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO: ___

☐ **GRAND JURY WAIVED IN OPEN COURT**   [Defendant sworn and advised of rights by Court]
☐ **ARRAIGNMENT**
  ☐ Defendant acknowledges he/she has copy of Indictment/Information   ☐ Court advised Def. of penalties
  ☐ Defendant waives reading thereof   ☐ Indictment/Information read to defendant by Judge
  **PLEA:** ☐ GUILTY   ☐ NOT GUILTY   ☐ Defendant intends to plead guilty and case referred to DJ

---

**DATE:** 12.9.24              **TOTAL TIME:** 7 minutes
**BEGIN TIME:** 10:42 a.m.     **END TIME:** 10:49 a.m.
*Digitally Recorded*
*VIDEO CONFERENCE*

Form Revised 2/9/2018              Page 1 of 1